UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLEONA PRENGZAJ,

                Plaintiff,

- against -

ALEJANDRO MAYORKAS, ET AL.,

                Defendants.

---

24-cv-8187 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

A complaint for writ of mandamus has been filed with the Court. The plaintiff shall serve the Government with both a copy of this order, plus the complaint, within 14 days from the date of this order, and submit proof of service of both.

It is hereby ordered that the Government shall respond to the complaint by **January 3, 2025**.

A telephone conference will be held on **January 7, 2025**, at **4:30 p.m.** Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            November 4, 2024

                                        _/s/ John G. Koeltl_
                                        John G. Koeltl
                                        United States District Judge